Douglas B. Vanderpool, Esq. (SBN 162857)
Heather A. Tovar, Esq. (SBN 237004)
THE VANDERPOOL LAW FIRM
330 Main Street, Suite 203B
Seal Beach, CA 90740
Tel: 562.431.6900; Fax: 714.276.0558
doug@vanderpool-law.com
heather@vanderpool-law.com

Attorneys for Defendant,
Designed Receivable Solutions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORI HILL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DESIGNED RECEIVABLE SOLUTIONS, INC.,**<br><br>**Defendant.** | Case No.: 2:16-cv-05621 CBM (JEMx)<br>Assigned for All Purposes to the<br>Hon. Consuelo B. Marshall<br>Dept. 8B<br><br>**ORDER GRANTING STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER**<br><br>Complaint Filed: 7/28/16<br>FAC Filed: 9/27/16 |

Having reviewed the Plaintiff Cori Hill and Defendant Designed Receivable Solutions, Inc.'s Proposed Stipulated Confidentiality and Protective Order, and having found good cause therein, the Court hereby GRANTS' the Parties' Request for a Confidentiality and Protective Order.

**IT IS SO ORDERED.**

Dated: May 25, 2017

_____
Hon. John E. McDermott
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE BY MAIL**  (C.C.P. §§ 1013a and 2015.5)
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Douglas B. Vanderpool in the County of Orange, State of California.  I am over the age of 18 and not a party to the above-captioned action.  My business address is 330 Main Street, Suite 203-B, Seal Beach, CA 90740.

On May 18, 2017, I served a copy of the attached documents entitled: **[PROPOSED] ORDER GRANTING STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER** on the interested parties in this action as follows:

Amy Ginsburg
Rachel Stevens
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
aginsburg@creditlaw.com
rstevens@creditlaw.com

[]   BY MAIL:   By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Seal Beach, California.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Seal Beach, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[XX]   BY ELECTRONIC MAIL:   I personally sent the attached document from my e-mail account, heather@vanderpool-law.com to the recipient's e-mail account set forth in the service list.  I did not receive any electronic transmission or other message within a reasonable time that the delivery was unsuccessful.

[ ]   BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand to the offices of the addressee(s).

[]   **(State)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[XX] **(Federal)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 18, 2017 at Seal Beach, California.

/s/ Heather A. Tovar

Heather Tovar