JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORI HILL,** | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:16-cv-05621-CBM-JEM |
| | ) |
| v. | ) **ORDER OF DISMISSAL WITH** |
| | ) **PREJUDICE [45]** |
| **DESIGNED RECEIVABLE** | ) |
| **SOLUTIONS, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

AND NOW this 26th day of September, 2017, it is hereby ORDERED that this matter is hereby DISMISSED WITH PREJUDICE with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

September 26, 2017

_____
Consuelo B. Marshall
United States District Judge

- 1 -